UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-7896-GW-JCx | Date | December 17, 2024 |
|---|---|---|---|
| Title | *Moises Villalobos v. Edwar Hawash Maida, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On December 16, 2024, Plaintiff Moises Villalobos filed a Notice of Settlement [12]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for January 23, 2025 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on January 21, 2025.

                                                                                                        :
                                                        Initials of Preparer    JG